ROBERT A. WEIKERT (SBN 121146)
rweikert@nixonpeabody.com
DAWN N. VALENTINE (SBN 206486)
dvalentine@nixonpeabody.com
BRIANNA R. HOWARD (SBN 314642)
bhoward@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

*Attorneys for Defendant*
JENNIFER L. STEEVES-KISS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERIOR CONSULTING SERVICES, INC., d/b/a YOUR FUTURE HEALTH, d/b/a YFH,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER L. STEEVES-KISS,<br><br>Defendant. | Case No. 3:17-cv-06059-EMC<br><br>**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE

4847-9707-2218.1

The Court having considered the Stipulation of the parties and good cause appearing, orders as follows: The Case Management Conference, currently scheduled for February 1, 2018 is continued to March 1, 2018 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 1/11/18

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA