Coleman W. Watson, Esq.
coleman@watsonllp.com
Attorney for Plaintiff, Superior Consulting Services, Inc.
California Bar No.: 266015
Watson LLP
189 S. Orange Avenue, Ste. 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPERIOR CONSULTING SERVICES, INC., D/B/A YOUR FUTURE HEALTH AND D/B/A YFH,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER L. STEEVES-KISS,<br><br>Defendant. | Case No.: 3:17-cv-06059-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED ORDER] TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS, TO CONTINUE MOTION TO DISMISS HEARING, AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff, SUPERIOR CONSULTING SERVICES, INC., D/B/A YOUR FUTURE HEALTH AND D/B/A YFH ("Superior") and Defendant, JENNIFER L. STEEVES-KISS, pursuant to Local Rule 6-2, by and through their respective counsel, hereby stipulate as follows:

1. Whereas, Superior filed the complaint in this action on October 23, 2017, Doc. 1,

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS, TO CONTINUE MOTION TO DISMISS HEARING, AND CONTINUE CASE MANAGEMENT DEADLINES

and an amended complaint on November 29, 2017, Doc. 16.

2. Whereas, Defendant moved to dismiss the amended complaint on December 14, 2017. Doc. 18. The motion to dismiss is currently set for hearing on January 26, 2018 at 9:00 a.m.. Docs. 18, 28, 30.

3. Whereas, Defendant filed a motion for sanctions on January 11, 2018. Doc. 24. The responsive deadline to the motion is January 25, 2018.

4. Whereas, on January 12, 2018, the court entered an order setting a hearing on the motion for sanctions on March 1, 2018, as well as re-setting the initial case management conference for the same date. Doc. 25.

5. Whereas, on January 22, 2018, Superior's lead counsel had a death in his immediate family and has obligations to attend to for funeral arrangements and other affairs.

6. Whereas, on January 23, 2018, in light of this unexpected event, the parties stipulated and agreed to, modify the briefing schedule under Defendant's Motion for Sanctions as follows: (i) Plaintiff's responsive deadline currently scheduled for January 25, 2018 is extended to February 1, 2018; and, (ii) Defendant's reply deadline is extended to February 15, 2018.

7. Whereas, the parties stipulated and agreed to, continue the hearing on Defendant's Motion to Dismiss Plaintiff's amended Complaint from January 26, 2018 to March 1, 2018.

8. Whereas, the parties stipulated and agreed to, continue the Case Management Conference scheduled on March 1, 2018 to April 2, 2018.

9. Accordingly, the parties have stipulated and agreed to, seek the Court's approval for the revised briefing schedule on Defendant's Motion for Sanctions based on the dates listed

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS, TO CONTINUE MOTION TO DISMISS HEARING, AND CONTINUE CASE MANAGEMENT DEADLINES

above, a continuance on Defendant's Motion to Dismiss Hearing to March 1, 2018, and a continuance of the Case Management Conference to April 2, 2018.

**DATED** on  January 24, 2018

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
California Bar No. 266015
New York Bar No. 4850004
Florida Bar. No. 0087288
Georgia Bar No. 317133

Email: coleman@watsonllp.com
docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue, Ste. 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
SUPERIOR CONSULTING SERVICES, INC.

*/s/ Dawn Valentine*
ROBERT A. WEIKERT (SBN 121146)
rweikert@nixonpeabody.com
DAWN N. VALENTINE (SBN 206486)
bhoward@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

*Attorneys for Defendant,*
JENNIFER L. STEEVES-KISS

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS, TO CONTINUE MOTION TO DISMISS HEARING, AND CONTINUE CASE MANAGEMENT DEADLINES

# ORDER

Pursuant to the foregoing Stipulation, **IT IS ORDERED** that the briefing schedule on Defendant's Motion for Sanctions is hereby extended such that Plaintiff's responsive deadline is extended from January 25, 2018 to February 1, 2018, and Defendant's reply deadline is extended to February 18, 2018. **IT IS FURTHER ORDERED** that the hearing on Defendant's Motion to Dismiss Plaintiff's Amended Complaint currently set for January 26, 2018 at 9:00 a.m., be and hereby continued, to March 1, 2018. **IT IS FURTHER ORDERED** that the Case Management Conference currently scheduled for March 1, 2018, be and hereby continued to, April ~~2~~ 5, 2018.

**IT IS ORDERED.**

Dated: January 25, 2018.



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS, TO CONTINUE MOTION TO DISMISS HEARING, AND CONTINUE CASE MANAGEMENT DEADLINES